UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ERIC MOSES, ) <br> ) <br> Defendant. ) <br> ) | NO.   CR06-341RSL <br><br> ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL |

This matter comes before the Court on the parties' "Stipulated Motion to Continue Trial Date and Pretrial Motions Deadline" (Dkt. #13).  The Court, having considered the stipulated motion, the records and files herein, including, but not limited to, the defendant's agreement to extend the time for trial, hereby makes the following findings:

1.  The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, particularly in resolving novel discovery issues and locating witnesses, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

2.  The Court further finds that the ends of justice will be served by ordering a continuance in this case and that a continuance is necessary to ensure effective trial preparation and that these factors outweigh the bests interests of the public in a more speedy trial within the meaning of 18 U.S.C. § 3161(h)(8)(A).

IT IS THEREFORE ORDERED that the trial date be continued from January 8, 2007, to March 19, 2007.  Motions shall be filed no later than February 8, 2007.

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL - 1

1  IT IS FURTHER ORDERED that the period of time from January 8, 2007, up to
2  and including the new proposed trial date of March 19, 2007, shall be excludable time
3  pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161, *et. seq.*

5  DATED this 6th of December, 2006

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL - 2